UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
UNITED STATES OF AMERICA,
:
    v.
:    Case No. 17 Cr. 248 (VSB)
:
MICHAEL MENDLOWITZ,
    a/k/a "Moshe Mendlowitz,"
:
and
:
RICHARD D. HART,
    a/k/a "Rick Hart,"
:
:
        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## **DECLARATION OF RODNEY VILLAZOR**

I, Rodney Villazor, hereby declare pursuant to 28 U.S.C. § 1746, as follows:

    1.    I am admitted to the Bar of this Court and am a partner at Smith Villazor, LLP, counsel to defendant Michael Mendlowitz. I am fully familiar with the subject matter of this declaration, which is being submitted to provide the Court with copies of documents cited in the Reply Memorandum of Law in Support of Defendant Michael Mendlowitz's motions to suppress, for return of property, for identification of *Brady* material and for a bill of particulars dated March 29, 2018.

    2.    I submit this declaration in support of the aforementioned motions. I have personal knowledge of the facts stated herein and each of them is true and correct.

    3.    Attached hereto as **Exhibit 14** is a true and correct copy of a Declaration by Michael Mendlowitz dated March 29, 2018.

4. Attached hereto as **Exhibit 15** is a sublease between Route 340 Corp. and Commerce Payment Systems for 1465 Broadway, Hewlett, New York dated March 1, 2009.

5. Attached hereto as **Exhibit 16** is a true and correct copy of an email from AUSA David R. Lewis to Patrick J. Smith, Esq. dated March 27, 2018.

6. I declare under the penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       March 29, 2018

SMITH VILLAZOR LLP

By: */s/ Rodney Villazor*
     Rodney Villazor