# SMITH | VILLAZOR

Smith Villazor LLP
250 West 55th Street, 30th Floor
New York, NY 10019
www.smithvillazor.com

**RODNEY VILLAZOR**
T  212 582 4400
D  212 377 0852
rodney.villazor@smithvillazor.com

June 3, 2019

**VIA ECF**

The Honorable Vernon S. Broderick
U.S. District Judge
U.S. District Court for the Southern
District Court of New York
40 Foley Square
New York, New York 10007

        Re: United States v. Michael Mendlowitz
            No. 17-cr-0248 (VSB)

Dear Judge Broderick:

    On behalf of Defendant Michael Mendlowitz, we respectfully request that he be permitted to travel to the Southern District of Florida to attend a bat mitzvah ceremony. He intends to fly to the Miami area on Thurday, July 18, 2019 and will return to New York on Sunday, July 21, 2019. He will provide his specific lodging accommodations and flight information to Pretrial Services upon approval from the Court for the out-of-district travel. Both Pretrial Services, through Officers Mallori Brady and Myrna Carrington, and the government, through AUSA David Abramowicz, consent to our request. Thank you in advance.

                                            Respectfully submitted,

                                            /s/ Rodney Villazor

                                            Rodney Villazor
                                            Smith Villazor, LLP

cc:    AUSA David Abramowicz
        PTS Officer Mallori Brady
        PTS Officer Myrna Carrington