# SMITH | VILLAZOR

Smith Villazor LLP
250 West 55th Street, 30th Floor
New York, NY 10019
www.smithvillazor.com

**SARAH B. ZIMMER**
T 212 582 4400
sarah.zimmer@smithvillazor.com

> **APPLICATION GRANTED**
> **SO ORDERED** /s/ Vernon Broderick
> **VERNON S. BRODERICK**
> **U.S.D.J.** 8/6/2019
>
> Sentencing in this matter is hereby rescheduled for November 4, 2019 at 2:30 p.m.

**BY ECF and EMAIL**

The Honorable Vernon S. Broderick
U.S. District Judge
U.S. District Court for the Southern
District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Michael Mendlowitz,* S2 17-cr-0248 (VSB)
    Unopposed Motion to Postpone Sentencing

Dear Judge Broderick:

Sentencing in the above-referenced case is scheduled for September 12, 2019 at 2:30 p.m. (Dkt. 194). We respectfully move this Court to adjourn Mr. Mendlowitz's sentencing until the week of November 4, 2019. The government, which does not oppose this motion, has asked that the sentencing be scheduled for 3:30 p.m. or later to accommodate one of the AUSA's upcoming trial schedule.

The reason for the request is to provide the defense with sufficient time to prepare Mr. Mendlowitz's sentencing submission. Additionally, due to the number of intervening Jewish holidays in the fall that Mr. Mendlowitz observes with his family, we are requesting that the sentencing be moved until after the last major holiday, which ends on October 22, 2019. This adjournment will also permit Mr. Mendlowitz to aid his children with their transition into the new school year in September.

Mr. Mendlowitz has not requested any previous adjournments, and has represented to the government, in connection with this request, that he will not seek a further adjournment.

                                            Respectfully submitted,

                                            */s/ Sarah B. Zimmer*

                                            Sarah B. Zimmer
                                            Smith Villazor LLP

cc: AUSAs David Abramowicz, Jilan Kamal, & Dina McLeod