# EXHIBIT C

**Copies of the video testimonials from Mr. Mendlowitz's friends and family, referenced as Exhibit C in the accompanying Sentencing Memorandum, are included in the courtesy copies of this filing provided to the Court and the government.**