

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 13, 2019

**BY ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    <u>**United States** v. **Michael Mendlowitz**</u>**, S2 17 Cr. 248 (VSB)**

Dear Judge Broderick:

    The Government writes on behalf of the parties to propose potential dates for a *Fatico* hearing in this case.

    The Government proposes a date during the weeks of January 27 or February 3, 2020.

    The defendant proposes a date during the week of March 2, 2020.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By:    /s/
    David Abramowicz
    Jilan J. Kamal
    Dina McLeod
    Assistant U.S. Attorneys
    212-637-6525/2192/1040

Cc:    Smith Villazor, LLP, Counsel for Michael Mendlowitz (via ECF)