

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 13, 2019

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  12/20/2019
The Fatico hearing is scheduled for March 3, 2020 at 10:00 a.m.

**BY ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: **United States v. Michael Mendlowitz**, S2 17 Cr. 248 (VSB)

Dear Judge Broderick:

The Government writes on behalf of the parties to propose potential dates for a *Fatico* hearing in this case.

The Government proposes a date during the weeks of January 27 or February 3, 2020.

The defendant proposes a date during the week of March 2, 2020.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____/s/_____
David Abramowicz
Jilan J. Kamal
Dina McLeod
Assistant U.S. Attorneys
212-637-6525/2192/1040

Cc: Smith Villazor, LLP, Counsel for Michael Mendlowitz (via ECF)