**Smith Villazor** LLP
250 West 55th Street, 30th Floor
New York, New York 10019
www.smithvillazor.com

Nicholas J. Karasimas
nicholas.karasimas@smithvillazor.com
T  212.582.4400

# SMITH | VILLAZOR

January 10, 2020

**APPLICATION GRANTED**
**SO ORDERED** /s/
**VERNON S. BRODERICK**
**U.S.D.J.** 1/10/2020

<u>VIA ECF</u>

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Michael Mendlowitz*, S2 17-cr-0248 (VSB)

Dear Judge Broderick:

    On behalf of Defendant Michael Mendlowitz, we respectfully request that he be permitted to travel with his wife to Miami, Florida on Tuesday, January 14, returning Thursday, January 16. The purpose of the trip is to visit Mr. Mendlowitz's grandmother, who lives in California but will be in Miami during that time.

    Mr. Mendlowitz's Pretrial Services Officer (in the Eastern District of New York) has been informed of Mr. Mendlowitz's itinerary and has no objection to this request, and further confirms that the Pretrial Office for the Southern District of New York has no objection. The government, through AUSA David Abramowicz, also does not object.

    Thank you in advance.

    Respectfully submitted,

    /s/ Nicholas Karasimas

    Nicholas Karasimas
    Smith Villazor LLP

cc: AUSA David Abramowicz