# EXHIBIT D

| ORGANIZATION | DATE | DESCRIPTION |
|---|---|---|
| A Time | 2012-current | Provides support and assistance to those who have experienced the tragedy of a pregnancy loss or infant death. |
| Achiezer | 2011-current | Services include crisis management, mental health, medical referrals, and stocking hospital respite rooms with needed supplies. |
| Agudath Israel | 2013-current | Advocacy program for Jewish institutions worldwide. |
| Aish Kodesh | 2001-current | Synagogue and learning center.  Michael was a Cantor who led prayer services both on the Sabbath and High Holy Day Services; he arranges and leads Talmudic and bible classes, and raises funds for members that are struggling financially. |
| Beth Aaron V'Israel Fund | 2003-current | Raises and provides funds to help distribute food and provide shelter to needy families in Israel. |
| Bnos Bais Yaakov | 2002-current | Community girls school educating over 1,200 girls, where Michael's daughters attend. Michael was a member of the board for many years, including Chairman from 2014-2017, and led an effort to save the school from bankruptcy in 2014. |
| Bonei Olam | 2010-current | Assists couples who are unable to conceive naturally pay for fertility treatments. |
| Camp scholarship fund | 2015-current | Provides funds for underprivileged children to attend summer camp. |
| Chai Lifeline | 2005-current | Provides care for children with cancer and their families. |
| Chaim V'Chesed | 2013-current | Community resource center in Israel that helps Americans who are in crisis or need assistance while abroad. |
| Chesed Fund | 2012-current | Private fund that Michael and his wife started that raises and distributes funds to people in their community dealing with financial hardship. |
| Hatzalah Ambulance Corp. | 2014-current | Volunteer ambulance service. |
| JEM (Jewish Experience Madison) | 2016-current | Performs college campus outreach to help Jewish college students learn about their heritage. |
| Lechem Lasova | 2013-current | Raises and donates funds to help distribute gift packages to sick children in hospitals and food to families in need. |
| Leon Mayer Fund | 2007-current | Community fund helping those in severe debt with emergency loans and budgeting assistance, job placement and clothing needs. |
| Link up | 2019-current | Coordinates classes, events and learning centers for technology addiction in children and adults. |
| Madraigos | 2009-2015 | Supports and assists teens who have drug and alcohol addiction as well as other challenges. |
| Menucha v'Simcha | 2013-current | In connection with this organization, Michael and his family host a weekly program in their home for children with autism & special needs to give their parents a break from caring for them. |
| Ohel | 2001-current | Assists in the arrangement of foster care and special needs services for adults with disabilities. |

| | | |
|---|---|---|
| Ohr Naava | 2016-current | Supports and rehabilitates girls who have been physically or sexually abused. Michael donates, raises funds, and hosts various programs at his home for this organization. |
| Project Chai | 2012-current | Supports and counsels those who have experienced trauma. |
| Rabenstein Learning Center | 2005-2014 | Provides tutoring and special help for children with learning disabilities. |
| RCCS (Rofeh Cholim Cancer Society) | 2007-2012 | Provides insurance assistance for cancer patients who do not have coverage for treatment. |
| Samchainu | 2018-current | Supports widows, both emotionally and financially; Michael coordinates various events to help raise money. |
| Tomchei Shabbos | 2007-current | Packs and delivers food for the Sabbath to be delivered to those who cannot afford to buy food. |
| Torah Umesorah | 2012-current | Supports and advocates for Jewish schools across America, ensuring that every Jewish child is able to learn about Jewish heritage and culture. |
| Tova Mentoring | 2013-2017 | Mentoring program for children and teens going through various challenges. Michael has sponsored many events for the organization as well. |
| Wasserman Learning Center | 2013-2018 | Provides tutoring and special help for children with learning disabilities. Michael has advocated for many kids in his community to be accepted into this program. |
| Yeshiva Darchei Torah | 2007-current | Community boys school educating over 2,000 boys where Michael's son attended. Michael also served on the board for many years. |
| Yeshiva Gedolah of Five Towns | 2006-current | Synagogue and learning center. Michael assists the synagogue in raising funds, while studying there with his son. |