UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
UNITED STATES OF AMERICA,               :
:
v.                                      :
:         S2 17-CR-248 (VSB)
MICHAEL MENDLOWITZ,                     :
   a/k/a "Moshe Mendlowitz,"           :         **ORDER**
:
Defendant.   :
:
---------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

     A *Fatico* hearing is scheduled in this matter for March 3, 2020, at 10 a.m., in connection with the sentencing of Defendant Michael Mendlowitz. (*See* Doc. 229.) Accordingly, it is hereby:

     ORDERED that on or before February 25, 2020, the parties shall exchange the following materials: (1) copies of the documents they intend to present at the *Fatico* hearing; (2) a list of witnesses they intend to examine at the *Fatico* hearing; and (3) § 3500 material for each of those witnesses.

     IT IS FURTHER ORDERED that on or before February 28, 2020, the parties shall submit to the Court two courtesy copies of the above listed materials.

SO ORDERED.

Dated:   February 5, 2020
           New York, New York

                                                  Vernon S. Broderick
                                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/5/2020