**Smith Villazor** LLP
250 West 55th Street, 30th Floor
New York, New York 10019
www.smithvillazor.com

Nicholas J. Karasimas
nicholas.karasimas@smithvillazor.com
**T** 212.582.4400

# SMITH | VILLAZOR

**APPLICATION GRANTED
SO ORDERED** [signature]
**VERNON S. BRODERICK
U.S.D.J.** 2/7/2020

January 27, 2020

The Clerk of Court is respectfully directed to replace Defendant's original sentencing submission with the newly redacted versions, as follows: replace Doc. 215 with Doc. 235-1; replace Doc. 215-1 with Doc. 235-2; replace Doc. 215-2 with Doc. 235-3; replace Doc. 215-3 with Doc. 235-4; replace Doc. 215-4 with Doc. 235-5; replace Doc. 215-5 with Doc. 235-6; and replace Doc. 215-6 with Doc. 235-7.  Defendant is directed to file an unredacted hard copy of his sentencing submission with the Sealed Records Department of the Southern District of New York, in accordance with the Department's procedures, available at https://nysd.uscourts.gov/programs/records.

**VIA ECF**

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Michael Mendlowitz*, S2 17-cr-0248 (VSB)

Dear Judge Broderick:

On behalf of Defendant Michael Mendlowitz, we write concerning additional redactions we propose to make to Mr. Mendlowitz's Sentencing Memo (Dkt. 215), Mr. Mendlowitz's letter to the Court (Dkt. 215, Ex. A), and certain letters in support included with the sentencing submission (Dkt. 215, Ex. B Vols. 1-2).

The new proposed redactions pertain to information that is sensitive to a particular member of Mr. Mendlowitz's family, who deals with mental health issues, and became extremely distressed upon learning that Mr. Mendlowitz's sentencing submission is publicly available.

Based on a discussion with Your Honor's Deputy Clerk on how to effectuate this request, we will deliver to chambers: (1) a copy of the relevant documents with additional proposed redactions highlighted, (2) the complete sentencing submission as newly redacted, and (3) a cover letter that will direct the Court's attention to the specific pages where additional redactions were made.  We understand that Your Honor has available Mr. Mendlowitz's unredacted sentencing submission (which remains unchanged), but we can provide an additional copy if the Court wishes.

Your Honor's Deputy Clerk has further instructed us to attach, as exhibits to this letter, the complete sentencing submission as newly redacted.  We understand that if Your Honor grants this request, that Court staff will replace the previously filed sentencing submission with the newly redacted version.

The government, through AUSA David Abramowicz, has no objection.

Hon. Vernon S. Broderick	January 27, 2020
Page Two

    Thank you for your consideration.

                                              Respectfully submitted,

                                              /s/ Nicholas Karasimas

                                              Nicholas Karasimas
                                              Smith Villazor LLP

cc: AUSA David Abramowicz