

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 20, 2020

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 4/20/2020

The Fatico hearing is adjourned to June 23, 2020
at 10:00 a.m.

**BY ECF & EMAIL**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   **United States v. Michael Mendlowitz, S2 17 Cr. 248 (VSB)**

Dear Judge Broderick:

On behalf of the parties, and in light of COVID-19, the Government respectfully requests that the *Fatico* hearing scheduled for May 20, 2020, be adjourned approximately one month, with the understanding that the parties will confer in mid-May to reassess whether an additional adjournment is needed to protect the health of everyone involved, including witnesses who live outside the New York City area, and to comply with any quarantine restrictions.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:   _____/s/_____

David Abramowicz
Jilan J. Kamal
Dina McLeod
Assistant U.S. Attorneys
212-637-6525/2192/1040

Cc:   Smith Villazor, LLP, Counsel for Michael Mendlowitz (via ECF and email)