**Smith Villazor LLP**
250 West 55th Street, 30th Floor
New York, New York 10019
www.smithvillazor.com

Nicholas J. Karasimas
nicholas.karasimas@smithvillazor.com
T  212.582.4400

# SMITH | VILLAZOR

May 21, 2020

**APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.** 5/22/2020

The Fatico hearing is adjourned to August 20, 2020 at 10:00 a.m. The parties are directed to submit a status letter on or before July 30, 2020.

**VIA ECF & EMAIL**

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Michael Mendlowitz*, S2 17-cr-0248 (VSB)

Dear Judge Broderick:

In light of COVID-19, the parties respectfully request that the *Fatico* hearing currently scheduled for June 23, 2020 be adjourned. Because July (and in particular late July) coincides with a period of Jewish religious observance, the defense respectfully requests that the Court reschedule the hearing for a date in early August.

As has been the case, the parties will confer in advance of the hearing to reassess whether an additional adjournment is needed to protect the health of everyone involved, including live witnesses who live outside the New York City area, and to comply with quarantine restrictions.

Respectfully submitted,

/s/ Nicholas Karasimas

Nicholas Karasimas
Smith Villazor LLP

cc: AUSAs David Abramowicz, Dina McLeod, Jilan Kamal (via ECF and email)