

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 30, 2020

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 7/31/2020

The Fatico hearing currently scheduled for August 10, 2020 is adjourned to October 28 at 10:00 a.m.

**BY ECF & EMAIL**
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: **United States v. Michael Mendlowitz, S2 17 Cr. 248 (VSB)**

Dear Judge Broderick:

On behalf of the parties, and pursuant to the Court's May 22 Order, the Government respectfully submits this status letter regarding the *Fatico* hearing set for August 20, 2020. The witness the Government currently intends to call at the *Fatico* hearing lives in Georgia. In light of COVID-19,[1] the witness cannot travel to New York to testify in person in August. The witness could testify remotely, but the defense does not consent to proceeding via teleconference.

Accordingly, the parties respectfully request that the *Fatico* hearing be adjourned for approximately two months, or until such other date that is convenient for the Court.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: /s/
David Abramowicz / Jilan Kamal / Dina McLeod
Assistant U.S. Attorneys
212-637-6525 / 2192 / 1040

Cc: Smith Villazor, LLP, Counsel for Michael Mendlowitz (via ECF and email)

---

[1] Georgia is among the states subject to the New York State executive order requiring travelers from designated areas to quarantine for 14 days upon arrival. *See* COVID-19 Travel Advisory, at https://coronavirus.health.ny.gov/covid-19-travel-advisory (last visited July 30, 2020).