UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X

UNITED STATES OF AMERICA,

v.

MICHAEL MENDLOWITZ,
    a/k/a "Moshe Mendlowitz,"

        Defendant.

------------------------------------ X

Case No. S2 17 Cr. 248 (VSB)

## [~~PROPOSED~~] ORDER

VERNON S. BRODERICK, United States District Judge:

Defendant's motion for an order granting the withdrawal of Sarah B. Zimmer as counsel for defendant Michael Mendlowitz in the above-captioned action, is GRANTED.

Dated: ~~December____, 2020~~ March 18, 2021
       New York, New York

SO ORDERED:

*[signature: Vernon Broderick]*
HON. VERNON S. BRODERICK
United States District Judge