**Smith Villazor LLP**
250 West 55th Street, 30th Floor
New York, New York 10019
www.smithvillazor.com

Patrick J. Smith
patrick.smith@smithvillazor.com
T   212.582.4400

# SMITH | VILLAZOR

March 17, 2021

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK**
**U.S.D.J.** 3/18/2021

**VIA ECF**

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:   *United States v. Michael Mendlowitz*, S2 17-cr-0248 (VSB)

Dear Judge Broderick:

On behalf of Defendant Michael Mendlowitz, we respectfully request that he be permitted to travel with his family to Orlando, Florida for Passover on Tuesday, March 30, returning Tuesday, April 6.

Mr. Mendlowitz's Pretrial Services Officer (in the Eastern District of New York) has been informed of Mr. Mendlowitz's itinerary and has no objection to this request, and further confirms that the Pretrial Office for the Southern District of New York has no objection. The government, through AUSA David Abramowicz, also does not object.

Mr. Mendlowitz will observe all applicable COVID-19 protocols.

Thank you in advance.

                                    Respectfully submitted,

                                    /s/ Patrick J. Smith

                                    Patrick J. Smith
                                    Smith Villazor LLP

cc: AUSA David Abramowicz