

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 30, 2021

**APPLICATION GRANTED**
**SO ORDERED** /s/
**VERNON S. BRODERICK**
**U.S.D.J.** 3/30/2021

The Fatico Hearing scheduled for April 23, 2021 is hereby adjourned to May 14 at 10:00 a.m. The Clerk's Office is directed to terminate docket entry 28 and 29.

**BY ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   **United States** v. **Michael Mendlowitz**, S2 17 Cr. 248 (VSB)

Dear Judge Broderick:

The Government respectfully requests that the *Fatico* hearing scheduled for May 7, 2021, be rescheduled to accommodate the Government's witness, who resides in Georgia and has a family obligation on May 7. The parties are available to conduct the hearing on May 14, 2021, which we understand from Your Honor's courtroom deputy is a date when the Court is also available.

        Respectfully submitted,

        AUDREY STRAUSS
        United States Attorney

By:    /s/
        David Abramowicz / Jilan Kamal / Dina McLeod
        Assistant U.S. Attorneys
        212-637-6525 / 2192 / 1040

Cc:   Smith Villazor LLP, Counsel for Michael Mendlowitz (by ECF)