# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL MENDLOWITZ, a/k/a Moshe Mendlowitz and RICHARD D. HART, a/k/a Rick Hart, <br><br> Defendants. | Case No. 2:17-cr-00248-VSB |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:

PLEASE NOTE the appearance of Brian T. Burns of Smith Villazor LLP as counsel for Defendant Michael Mendlowitz in this action.

Dated: New York, New York
May 12, 2021

Respectfully submitted,

**SMITH VILLAZOR LLP**

By: *s/ Brian T. Burns*
Brian T. Burns
250 West 55th Street, 30th Floor
New York, New York 10019
(212) 582 - 4400
brian.burns@smithvillazor.com

*Attorneys for Defendant*
*Michael Mendlowitz*