

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 19, 2021

**BY ECF & EMAIL**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    <u>**United States**</u> v. <u>**Michael Mendlowitz**</u>**, S2 17 Cr. 248 (VSB)**

Dear Judge Broderick:

      The Government respectfully submits this letter in response to the Court's oral order of May 14, 2021, directing the parties to meet and confer regarding a post-*Fatico* briefing schedule and sentencing date.  The parties have conferred but not reached agreement.

      The Government proposes simultaneous briefing by the parties due on June 4, 2021, with sentencing to follow on June 18, 2021.  Defense counsel proposes "joint briefing" on July 9, 2021, on the grounds that "[i]n addition to a post-*Fatico* memorandum, we plan to update our sentencing submission with regard to personal and family developments since our October 2019 sentencing memorandum."  Defense counsel further requests a sentencing date of "no earlier than the week of August 15, 2021" owing to "a combination of counsel unavailability and prior travel commitments."

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____/s/_____
David Abramowicz
Jilan J. Kamal
Dina McLeod
Assistant U.S. Attorneys
212-637-6525/2192/1040

Cc:   Smith Villazor, LLP, Counsel for Michael Mendlowitz (via ECF and email)