**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/28/2021

MEMO ENDORSED

June 17, 2021

**By ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

The Honorable George B. Daniels
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:    United States v. Stephan Mahabir, 17 Cr. 346 (JPO)
       United States v. Mendy Greenblatt, 17 Cr. 122 (GBD)
       United States v. David Devers, 15 Cr. 660 (CM)
       United States v. Guy Samuel, 13 Cr. 785 (VSB)
       United States v. Michael Mendlowitz, S2 17 Cr. 248 (VSB)

*Case USA v. Devers, 15-cr-660 is hereby transferred to Judge Broderick.*

*Colleen McMahon*
*6/28/2021*

Your Honors:

The Government respectfully submits this letter in accordance with the Court's procedure regarding sentencings involving multiple defendants in factually related cases pending before

Case 1:17-cr-00248-VSB   Document 302   Filed 06/28/21   Page 2 of 2
Case 1:17-cr-00248-VSB   Document 299   Filed 06/17/21   Page 2 of 2

Page 2

different judges. The procedure directs in pertinent part that the Government, when it intends to file a § 5K1 motion on behalf of a defendant, provide a "brief statement identifying any prior proceedings in which the defendant has testified before a different judge pursuant to a cooperation agreement." Such statement is to be provided to both the assigned sentencing judge and the judge before whom the defendant testified.

In May 2019, Mahabir, Greenblatt, Devers, and Samuel testified, pursuant to cooperation agreements, before Judge Broderick at the trial of *United States v. Michael Mendlowitz*, S2 17 Cr. 248 (VSB). Sentencing for Samuel is scheduled for October 8, 2021 before Judge Broderick. A sentencing control date for Greenblatt is scheduled for June 29, 2021. Sentencing for Mahabir has been scheduled for October 22, 2021. Sentencing for Devers is scheduled for July 14, 2021.

Mendlowitz is to be sentenced by Judge Broderick on June 25, 2021.

Should the Court desire any further information, we would be pleased to comply.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

by: ___/s/_____
Dina McLeod
Jilan Kamal
David Abramowicz
Assistant United States Attorneys
(212) 637-1040 / - 2192 / - 6525