UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                                                  :

UNITED STATES OF AMERICA,

                                                                                   :

        -against-

                                                                                   :      Case No. S2 17 Cr. 248 (VSB)

MICHAEL MENDLOWITZ,
    a/k/a "Moshe Mendlowitz,"               :

                Defendant.                         :

                                                                                       :
------------------------------------------------------------ X

### Notice of Defendant Michael Mendlowitz's
### Motion for Bail Pending Appeal

      Please take notice: Upon the accompanying Memorandum of Law in Support of Defendant Michael Mendlowitz's Motion for Bail Pending Appeal, defendant Michael Mendlowitz will move this Court, before the Honorable Vernon S. Broderick, United States District Judge, at the United States Courthouse, 40 Foley Square, New York, New York, 10007, at a date and time to be determined by the Court, for an order, pursuant to 18 U.S.C. § 3143, granting Mr. Mendlowitz bail pending appeal and granting such other relief as the Court deems just and proper.

Dated: June 30, 2021                            SMITH VILLAZOR LLP

                                                   _/s/ Patrick J. Smith_
                                                   Patrick J. Smith
                                                   Rodney Villazor
                                                   Brian T. Burns
                                                   Smith Villazor LLP
                                                   250 West 55th Street, 30th Floor
                                                   New York, New York 10019
                                                   Telephone: (212) 582-4400
                                                   Email: patrick.smith@smithvillazor.com
                                                   Email: rodney.villazor@smithvillazor.com
                                                   Email: brian.burns@smithvillazor.com