**Smith Villazor** LLP
250 West 55th Street, 30th Floor
New York, New York 10019
www.smithvillazor.com

Patrick J. Smith
patrick.smith@smithvillazor.com
T   212.582.4400

# SMITH | VILLAZOR

July 22, 2021

APPLICATION GRANTED
SO ORDERED *[signature]*
VERNON S. BRODERICK
U.S.D.J. 7/23/2021

**VIA ECF**

The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Michael Mendlowitz*, S2 17-cr-0248 (VSB)

Dear Judge Broderick:

    On behalf of Defendant Michael Mendlowitz, we respectfully request that he be permitted to travel to Cockeysville, Maryland for a wedding on Thursday, July 29th, returning the same evening.

    Mr. Mendlowitz's Pretrial Services Officer (in the Eastern District of New York) has been informed of Mr. Mendlowitz's itinerary and has no objection to this request, and further confirms that the Pretrial Office for the Southern District of New York has no objection. The government, through AUSA Dina McLeod, also does not object.

    Mr. Mendlowitz will observe all applicable COVID-19 protocols.

    Respectfully submitted,

    /s/ Patrick J. Smith

    Patrick J. Smith
    Smith Villazor LLP

cc: AUSA Dina McLeod