IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| Plaintiff(s) | ) ) ) ) ) ) ) ) ) |  |
| v. | ) | Case No.: |
|  | ) ) ) ) ) ) ) ) |  |
| Defendant(s) | ) ) ) |  |

**NOTICE OF INTENT TO REQUEST REDACTION**

    Notice is hereby given that a statement of redaction of specific personal identifiers will be submitted to the court reporter/transcriber within 21 days from the filing of the transcript with the Clerk of Court.

S/_____
Attorney for
Address:

Tel. 212-582-4400
brian.burns@smithvillazor.com

Date: