**Criminal Notice of Appeal - Form A**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 3 2021

# NOTICE OF APPEAL

### United States District Court

Southern _____ District of New York _____

Caption:

United States _____
v.

Michael Mendlowitz _____

Docket No.: S2 17-cr-248 (VSB)

Vernon S. Broderick _____

(District Court Judge)

Notice is hereby given that Michael Mendlowitz _____ appeals to the United States Court of

Appeals for the Second Circuit from the judgment ✔ , other | _____

(specify)

entered in this action on August 12, 2021 _____

(date)

This appeal concerns: Conviction only [ ✔ ]   Sentence only [___]   Conviction & Sentence [___]   Other [___]

Defendant found guilty by plea |   | trial | ✔ | N/A [

Offense occurred after November 1, 1987?   Yes | ✔ |  No |       N/A [

Date of sentence: June 25, 2021 _____   N/A |   |

Bail/Jail Disposition: Committed ✔ |  Not committed   |  N/A     ]

Defendant ordered to surrender on October 7, 2021 at or before 2:00pm.  Defendant's motion for bail

pending appeal is pending in the District Court.

✔

Appellant is represented by counsel? Yes [  x   ] No [___]   If yes, provide the following information:

Defendant's Counsel:   Patrick J. Smith, Esq.

Counsel's Address:   Smith Villazor LLP

250 West 55th Street, 30th Floor, New York, New York 10019

Counsel's Phone:   212-582-4400

Assistant U.S. Attorney:   David Abramowicz, Esq., Jilan Kamal, Esq., Dina McLeod, Esq.

AUSA's Address:   One Saint Andrew's Plaza

New York, NY 10007

AUSA's Phone:   212-637-6525; 212-637-2192; 212-637-1040

_____
Signature



Court Name: District Court
Division: 1
Receipt Number: 465401284856
Cashier ID: Jfaughna
Transaction Date: 08/23/2021
Payer Name: MICHAEL MEDLOWITZ
------
NOTICE OF APPEAL/DOCKETING FEE
For: MICHAEL MEDLOWITZ
Amount:          $505.00
------
CHECK
  Check/Money Order Num: 1289
  Amt Tendered:   $505.00
------
Total Due:        $505.00
Total Tendered:   $505.00
Change Amt:       $0.00