UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
UNITED STATES OF AMERICA,          :
:
:
:
      - against -                :      S2 17 Cr. 248 (VSB)
:
:      **ORDER**
:
MICHAEL MENDLOWITZ,                :
   a/k/a "Moshe Mendlowitz,"       :
:
                   Defendant.   :
:
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

     I am in receipt of defense counsel's email inquiring about Defendant's motion for bail pending appeal and Defendant's October 7, 2021 surrender date. Defendant's motion for bail pending appeal remains under consideration. A decision will be issued on or before October 18, 2021.

     Accordingly, it is hereby:

     ORDERED that Defendant's surrender date is extended to November 4, 2021.

SO ORDERED.

Dated: October 6, 2021
      New York, New York

                                          Vernon S. Broderick
                                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/2021