**Smith Villazor LLP**
250 West 55th Street, 30th Floor
New York, New York 10019
www.smithvillazor.com

Patrick J. Smith
patrick.smith@smithvillazor.com
T   212.582.4400

# SMITH | VILLAZOR

November 2, 2021

**VIA ECF**
The Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Michael Mendlowitz*, S2 17-cr-0248 (VSB)

Dear Judge Broderick:

    On behalf of Defendant Michael Mendlowitz and following the Court's memo-endorsed order extending Mr. Mendlowitz's surrender date to December 16, 2021 (ECF No. 321), we respectfully request that he be permitted to travel to Los Angeles, California to visit his grandmother, leaving on Tuesday, November 9, 2021, and returning on a red-eye flight on Saturday, November 13, 2021.

    Mr. Mendlowitz's Pretrial Services Officer (in the Eastern District of New York) has been informed of Mr. Mendlowitz's itinerary and has no objection to this request.  Pretrial Services for the Southern District of New York also has no objection. The government, through AUSA David Abramowicz, also does not object.

                                                                   Respectfully submitted,

                                                                   /s/ Patrick J. Smith

                                                                   Patrick J. Smith
                                                                  Smith Villazor LLP

cc:    All counsel of record (by ECF)