# CLARK SMITH VILLAZOR

Clark Smith Villazor LLP
250 West 55th Street, 30th Floor
New York, NY 10019
www.smithvillazor.com

**PATRICK J. SMITH**
T  212 582 4400
patrick.smith@csvllp.com

July 25, 2023

**APPLICATION GRANTED
SO ORDERED** _/s/_
**VERNON S. BRODERICK
U.S.D.J.**   07/26/2023

<u>VIA ECF</u>

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

   Re: *United States v. Michael Mendlowitz*, S2 17-cr-0248 (VSB)

Dear Judge Broderick:

  On behalf of our client Michael Mendlowitz, we respectfully request that the Court permit Mr. Mendlowitz to travel to Israel to visit his children and grandchildren for the Jewish High Holy Holidays from September 20, 2023 through October 12, 2023. Mr. Mendlowitz is currently serving his term of supervised release. He has checked with his probation officer about this request, and his probation officer does not object to the request to travel. The government, through AUSA David Abramowicz, defers to probation and does not object. Mr. Mendlowitz will provide his probation officer with his full itinerary once finalized.

  We are available should the Court have any questions.

            Respectfully submitted,

            <u>*/s/ Patrick J. Smith*</u>
            Patrick J. Smith

  cc: All counsel of record by ECF