# CLARK SMITH VILLAZOR

Clark Smith Villazor LLP
250 West 55th Street, 30th Floor
New York, NY 10019
www.csvllp.com

**PATRICK J. SMITH**
T  212 377 0850
patrick.smith@csvllp.com

December 7, 2023

**VIA ECF**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  12/12/2023

    Re:  *United States v. Michael Mendlowitz*, S2 17-cr-0248 (VSB)

Dear Judge Broderick:

    On behalf of our client Michael Mendlowitz, we respectfully request that the Court permit Mr. Mendlowitz to travel to Israel to visit his children and grandchild from January 24, 2024 through February 1, 2024. Mr. Mendlowitz is currently serving his term of supervised release. He has checked with his probation officer about this request, and his probation officer does not object to the request to travel. The government, through AUSA David Abramowicz, defers to probation and does not object. Mr. Mendlowitz will provide his probation officer with his full itinerary once finalized.

    We are available should the Court have any questions.

                                                                             Respectfully submitted,

                                                                            */s/ Patrick J. Smith*
                                                                            Patrick J. Smith

    cc:    All counsel of record by ECF