CLARK SMITH VILLAZOR

Clark Smith Villazor LLP
250 West 55th Street, 30th Floor
New York, NY 10019
www.csvllp.com

**PATRICK J. SMITH**
T  212 377 0850
patrick.smith@csvllp.com

April 29, 2024

**VIA ECF**

**APPLICATION GRANTED
SO ORDERED** *[signature]*
**VERNON S. BRODERICK**
**U.S.D.J.** 04/29/2024

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  *United States v. Michael Mendlowitz*, S2 17-cr-0248 (VSB)

Dear Judge Broderick:

On behalf of our client Michael Mendlowitz, we respectfully request that the Court modify the conditions of Mr. Mendlowitz's supervised release to permit Mr. Mendlowitz to travel to Israel to visit his children and grandchild from June 2, 2024 through June 10, 2024.  Mr. Mendlowitz has checked with his probation officer about this request, and his probation officer does not object to the request to travel.  The government, through AUSA Dina McLeod, does not object.  Mr. Mendlowitz will provide his probation officer with his full itinerary once finalized.

We are available should the Court have any questions.

Respectfully submitted,

*/s/ Patrick J. Smith*
Patrick J. Smith

cc:     All counsel of record by ECF